**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHRISTOPHER JAY WILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 3:25-cv-00232-RJD[1]** |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the

Equal Access to Justice Act, 28 U.S.C § 2412. (Doc. 21). Plaintiff requests that the Court enter an

order granting him $6,676.43 (six thousand six hundred seventy-six dollars and forty-three cents)

for attorney fees and expenses in full satisfaction of any and all claims that may be payable to

Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Defendant does not oppose the motion. (Doc. 22).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's

fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further

finds that the amount sought is reasonable and appropriate. Therefore, Plaintiff's Motion for

Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C § 2412 (Doc. 21) is

**GRANTED**. Plaintiff is awarded $6,676.43 (six thousand six hundred seventy-six dollars and

forty-three cents) for attorney fees and expenses in full satisfaction of any and all claims that may

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C.
§636(c).  (Doc. 9).

1

be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Howard Olinsky** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**250 South Clinton Street**
**Suite 210 Syracuse**
**NY 13202**


**IT IS SO ORDERED.**

**DATED: July 20, 2026**

**Hon. Reona J. Daly**
**United States Magistrate Judge**

2